IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Alita Wright

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

1199 Seiu   Thomas Brasch/Northwell Health
AFL- CIO
Donald Banaby

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. ___25-cv-3153-RPK-CLP___
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes   ☐ No
               *(check one)*

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name  Alita Wright
Street Address
City and County
State and Zip Code
Telephone Number  (347)435-8067
E-mail Address  ali_wri@yahoo.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name  Donald Barnaby
Job or Title
(if known)
Street Address  168-16 144 Drive
City and County  Jamaica
State and Zip Code  NY 11434
Telephone Number
E-mail Address
(if known)

2

Defendant No. 2

Name            1199 SEIU

Job or Title
(if known)

Street Address  498 Seventh Avenue

City and County New York, NY

State and Zip Code   10018

Telephone Number  (646) 473-9200

E-mail Address
(if known)


Defendant No. 3

Name            AFL-CIO

Job or Title
(if known)

Street Address  888 16th St NW, Suite 520

City and County Washington

State and Zip Code   DC, 20006

Telephone Number  (202) 974-8153

E-mail Address
(if known)


Defendant No. 4

Name            Thomas Brasch / Northwell Health Inc.

Job or Title    Director of Security
(if known)

Street Address  2000 Marcus Avenue

City and County New Hyde Park

State and Zip Code   NY 11042

Telephone Number

E-mail Address
(if known)

3

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

- ☑ State or local officials (a § 1983 claim)
- ☑ Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Right to Privacy, Freedom of Speech

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each defendant played a part in the tort of false light. A major misrepresentation of my character, history, activities and beliefs has been recreated from the invasion of personal journals and other private documents. as well as pictures and recordings.

4

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

The events arose at my previous place of employment. It was a neurology office located in Great Neck, NY. The company name is Northwell Health.

B. What date and approximate time did the events giving rise to your claim(s) occur?

The events started around July 2022.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was looking for another job from about April 2022. July 2022 I had a discussion with my billing manager regarding some questions and concerns I had. I had asked him if upper management thought that I was going to become an active shooter. After that things changed and it seemed as though an investigation was started, but it was not normal. It was obviously entrapment. Since then things have not been the same, and have gotten worse.

5

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have undergone psychological abuse for which I have not received treatment outside of my own trauma regulation.
Economic struggles
Relationships strained

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like a permanent injunction and ~~the sum~~ monetary damages for moral, compensatory, and punitive damages.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.** **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May _____, 20 25

Signature of Plaintiff _____

Printed Name of Plaintiff _Alita Wright_____



Alita Wright

MID-ISLAND NY 117

28 MAY 2025 PM 2 L

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT... Y.

★ JUN 03 2025 ★

BROOKLYN OFFICE

U.S. District Court
County Clerk's Office
225 Cadman Plaza East
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 03 2025 ★

BROOKLYN OFFICE

11201-189299